DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**GORDON CRITTENDON,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

Nos. 4D18-2808
and 4D18-2969

[November 29, 2018]

Consolidated appeals of order denying rule 3.800 motion from the Circuit Court for the Nineteenth Judicial Circuit, Indian River County; Cynthia L. Cox, Judge; L.T. Case Nos. 31-2014-CF-001298A and 31-2015-CF-000199A.

Gordon Crittendon, Monticello, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

GROSS, DAMOORGIAN and LEVINE, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***